In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00454-CV

_____

IN RE WILLIAMS AIR TECHNOLOGIES LLC

_____

Original Proceeding

_____

MEMORANDUM OPINION

Williams Air Technologies LLC filed a petition for a writ of mandamus and a motion for temporary relief through which it seeks to stay arbitration proceedings that are scheduled to begin on October 17, 2014, and to compel the Judge of the 284th District Court of Montgomery County, Texas, to vacate the trial court's order of August 11, 2014, which compels arbitration in a suit on a contract between Relator and one of the real parties in interest, Newport Classic Homes, L.P. Relator contends the agreement is void due to unconscionability and argues that the trial court erred in compelling arbitration because the real parties in interest failed to produce evidence contrary to Relator's evidence of the expense of

1

arbitration and the inability to meet those expenses. Relator does not explain the approximate two-month delay between the date on which the trial court signed the order and the date Relator filed its petition seeking mandamus relief.

After reviewing the mandamus petition and the record that Relator submitted with its petition, we conclude that Relator has not shown that it is entitled to mandamus relief. *See* Tex. R. App. P. 52.8(a). Accordingly, we deny the motion for temporary relief and the petition for writ of mandamus. *Id.*

PETITION DENIED.

PER CURIAM

Submitted on October 15, 2014
Opinion Delivered October 16, 2014

Before Kreger, Horton, and Johnson, JJ.